UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ALFONSO WHITE,

    Plaintiff,

v.

CAROLYN W. COLVIN,
*Acting Commissioner of the Social
Security Administration*

    Defendant.                            No. 14-cv-59-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 27, 2015 (Doc. 25), the commissioner's final decision is AFFIRMED. Judgment is in favor of the defendant.

                                            JUSTINE FLANAGAN,
                                            ACTING CLERK OF COURT


                                            BY:    /s/*Caitlin Fischer*
                                                      **Deputy Clerk**

Dated:   March 27, 2015

                                      Digitally signed by
                                      David R. Herndon
                                      Date: 2015.03.27
                                      18:29:46 -05'00'
APPROVED:
          U.S. DISTRICT JUDGE
          U. S. DISTRICT COURT